# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAISY ESTRADA (2),<br><br>  Defendant. | Criminal No. 07-CR-0389-L<br><br>**ORDER VACATING AND STRIKING AMENDED JUDGMENT**<br><br>[Doc. No. 43] |

The Amended Judgment filed on July 11, 2007 having been issued in error, the Amended Judgment is **HEREBY VACATED**. It is ordered that the Clerk **STRIKE** the document from the record and serve a copy of this order on all parties.

**IT IS SO ORDERED.**

DATED: July 12, 2007

                                   M. James Lorenz
                                   United States District Court Judge